540

614 A.2d 238

In re PHILADELPHIA ELECTRIC CO. RIGHT OF WAY;
Taking of Ground of Carl Giesler and Anne Giesler,
H/W, in the Borough of Chester Heights.

Appeal of Carl GIESLER and Anne Giesler, H/W.

In re PHILADELPHIA ELECTRIC CO. RIGHT OF WAY;
Taking of Ground of James E. Miller and Mary C.
Miller, H/W, in the Borough of Chester Heights.

Appeal of James MILLER and Mary Miller, H/W.

Supreme Court of Pennsylvania.

Submitted Oct. 25, 1990.

Decided Oct. 9, 1992.

Peter A. Mardinly, Media, for appellants.

Henry B. FitzPatrick, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM.

AND NOW, this 9th day of October, 1992, the Order of the Commonwealth Court dismissing the appeal is reversed. *See Appeal of Borough of Churchill,* 525 Pa. 80, 575 A.2d 550 (1990). The appeal is reinstated and the case is remanded to the Commonwealth Court for a decision on the merits.